## WILLIAM R. PETRILLO *v.* JANICE A. PETRILLO
## (6542)

DUPONT, C. J., STOUGHTON and NORCOTT, Js.
Argued March 7—decision released March 15, 1989

*Robert S. Kolesnik,* with whom, on the brief, was *Maureen E. Norris,* for the appellant (defendant).

*William R. Petrillo,* pro se, the appellee (plaintiff).

PER CURIAM. We have scrutinized the record and briefs submitted with this appeal. After affording the defendant's claims of error the appropriate scope of review, we find them to be without merit.

There is no error.